UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:24-cr-00037

SHAWN R. BLANKENSHIP

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On March 19, 2025, all counsel and the Defendant appeared for a guilty plea hearing to the Superseding Indictment. The Superseding Indictment charges the Defendant with health care fraud, in violation of 18 U.S.C. § 1347. [ECF 74]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on March 19, 2025. [ECF 174]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 9]. Objections in this case were due on April 7, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 174**] and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Clerk is directed to transmit copies of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  May 6, 2025

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge